435 F.2d 692
 Cellous JACKSON, Plaintiff-Appellee,
v.
S/S ALCOA COMMANDER, her engines, tackle, furniture and apparel; and Alcoa Steamship Company, Inc., Defendants-Appellants.
 No. 29824 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 December 9, 1970.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; James A. Comiskey, District Judge.
 Ralph E. Smith, Christopher Tompkins, New Orleans, La., for defendants-appellants.
 Clifton S. Carl, New Orleans, La., for plaintiff-appellee.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5 Cir. 1970)